B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MMFX International Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0534910** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA**<br>ZIP Code **92612** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MMFX International Holdings, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____

  Signature of Attorney for Debtor(s)          (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MMFX International Holdings, Inc. |

Page 3

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Margaret M. Mann
_____
  Signature of Attorney for Debtor(s)

**Margaret M. Mann**
Printed Name of Attorney for Debtor(s)

**Sheppard Mullin Richter & Hampton LLP**
Firm Name

**501 W. Broadway, 19th Floor
San Diego, CA 92101**

_____
Address

**619-338-6500  Fax: 619-234-3815**
Telephone Number

January 5, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *David Pollack*
_____
  Signature of Authorized Individual

**David C. Pollack**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

January 5, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CONFIDENTIAL

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## SOLE DIRECTOR OF
## MMFX INTERNATIONAL HOLDINGS, INC., A DELAWARE CORPORATION
## TAKEN AS OF SEPTEMBER 22, 2009

The undersigned, being the sole director of **MMFX INTERNATIONAL HOLDINGS, INC.**, a Delaware corporation, by his signature below or on a counterpart hereof, hereby adopts the following resolutions on behalf of the Corporation, pursuant to the Delaware Code and the by-laws of this Corporation:

## 1. RESOLUTION

BE IT RESOLVED, that the following is a true and accurate list of officers for the Company.

| David Pollack | President |
|---------------|-----------|
| Mark Ashdown | Chief Financial Officer |
| Michael W. Pompay | Corporate Secretary |

## 2. OMNIBUS RESOLUTIONS

BE IT RESOLVED FURTHER, that the Corporation's officers are hereby authorized to take the actions, including the periodic filings and amendments to corporate officer lists required by federal or state government authorities, and to sign on behalf of the Corporation the documents necessary to execute this resolution.

This Unanimous Written Consent may be executed in one or more counterparts, each of which shall be an original and all of which together shall be one and the same instrument. This written consent shall be filed in the Minute Book of this Corporation and become a part of the records of this Corporation.

**THE FOREGOING IS RESOLVED BY:**

David Pollack

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF
## MMFX INTERNATIONAL HOLDINGS, INC.

WHEREAS, the board of directors (the "**Board**") of MMFX International Holdings, Inc., a Delaware corporation (the "**Corporation**"), believe it is in the best interest of the Corporation, its shareholders, its creditors and other interested parties, that the Corporation be authorized and empowered to file a voluntary petition for relief (the "**Petition**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") for the purpose of initiating a bankruptcy case (the "**Bankruptcy Case**") for the Corporation, restructuring its financial affairs and for all lawful purposes under the Bankruptcy Code;

NOW THEREFORE, BE IT RESOLVED, that each of the following officers of the Corporation, David C. Pollack, Mark Ashdown and Michael W. Pompay (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**"), acting alone or together, be, and each is hereby authorized, empowered and directed on behalf of, and in the name of, the Corporation (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and sole responsibility for handling matters in the Bankruptcy Case;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is, authorized, directed and empowered, on behalf of and in the name of the Corporation to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the Bankruptcy Case any and all action deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation and in connection with the Bankruptcy Case, in order to perform and fulfill the duties and responsibilities of a debtor-in-possession under the Bankruptcy Code;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby authorized and directed to employ the law firm of Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101, to represent the Corporation as counsel in the Bankruptcy Case, in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; and

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby authorized and directed to employ LECG, to represent the Corporation as financial advisor in the Bankruptcy Case, in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court.

*[Signature page follows]*

The undersigned consents to and passes the foregoing as a resolution of the sole director of MMFX International Holdings, Inc. as of December ___11___, 2009.

David C. Pollack

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number FOR COURT USE ONLY

Margaret M. Mann, Cal Bar No. 99054
Sheppard Mullin Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, CA  92101-3598
619.338.6500

☒ *Attorney for:* Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>MMFX International Holdings, Inc.<br><br>                      Debtor(s),<br><br>                     Plaintiff(s),<br><br>                   Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held corporation, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Margaret M. Mann _____, the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

          ☐ I am the president or other officer or an authorized agent of the debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ☒ I am the attorney for the debtor corporation

2. a.   ☒  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
           MMFX Technologies, Inc., 2415 Campus Drive, Suite 100, Irvine, CA  92612
           *[For additional names, attach an addendum to this form.]*

  b.    ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ Margaret M. Mann                                     December 31, 2009
Signature of Attorney or Declarant                Date

Margaret M. Mann
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

American LegalNet, Inc.
www.FormsWorkflow.com

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Central District of California

In re    **MMFX International Holdings, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Fourth Third LLC<br>375 Park Avenue, Suite 3304<br>New York, NY 10152** | Fourth Third LLC<br>375 Park Avenue, Suite 3304<br>New York, NY 10152 | | | 55,000,000.00<br><br>(0.00 secured) |
| **Welland Securty Holding Corporation<br>as Collateral Agent<br>c/o Medley Capital<br>375 Park Avenue, Sutie 3304<br>New York, NY 10152** | Welland Securty Holding Corporation<br>as Collateral Agent<br>c/o Medley Capital<br>New York, NY 10152 | | | 55,000,000.00<br><br>(0.00 secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **MMFX International Holdings, Inc.**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 5, 2010

Signature   *David C. Pollack*

David C. Pollack
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Margaret M. Mann
Sheppard Mullin Richter & Hampton LLP
501 W. Broadway, 19th Floor
San Diego, CA 92101


Fasteel Corporation
c/o MMFX Technologies Corporation
2415 Campus Drive
Suite 100
Irvine, CA 92612


Fourth Third LLC
375 Park Avenue, Suite 3304
New York, NY 10152


MMFX Canadian Holdings Inc.
c/o MMFX Technologies
2415 Campus Drive, Suite 100
Irvine, CA 92612


MMFX International Holdings, Inc.
c/o MMFX Technolgoies Corporation
2415 Campus Drive
Suite 100
Irvine, CA 92612


MMFX Steel Corporation of America
c.o MMFX Technologies Corporation
2415 Campus Drive
Suite 100
Irvine, CA 92612


MMFX Steel of Canada Inc.
c/o MMFX Technologies Corporation
2415 Campus Drive, Suite 100
Irvine, CA 92612

MMFX Technologies Corporation
2415 Campus Drive, Suite 100
Irvine, CA 92612

ST Equipment Inc.
c/o MMFX Technologies Corporation
2415 Campus Drive, Suite 100
Irvine, CA 92612

ST Welland Real Estate
c/o MMFX Technologies Corporation
2415 Campus Drive, Suite 100
Irvine, CA 92612

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Margaret M. Mann<br>Sheppard Mullin Richter & Hampton LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA  92101-3598<br><br>☒ *Attorney for:* MMFX International Holdings, Inc. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>MMFX International Holdings, Inc.<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: 01/05/2010

☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

*David C. Pollack* (signature)         January 5, 2010

Signature of Authorized Signatory of Filing Party         Date

David C. Pollack

Printed Name of Authorized Signatory of Filing Party

President

Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Margaret M. Mann         January 5, 2010

Signature of Attorney for Filing Party         Date

Margaret M. Mann

Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

American LegalNet, Inc.
www.FormsWorkflow.com

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Margaret M. Mann

Address      501 W. Broadway, 19th Floor San Diego, CA 92101

Telephone      619-338-6500 Fax: 619-234-3815

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **MMFX International Holdings, Inc.** | Case No.: |
| | Chapter:     **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __1__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    January 5, 2010

*David Pollack*
**David C. Pollack/President**
Signer/Title

Date    January 5, 2010

/s/ Margaret M. Mann
Signature of Attorney
**Margaret M. Mann**
**Sheppard Mullin Richter & Hampton LLP**
**501 W. Broadway, 19th Floor**
**San Diego, CA 92101**
**619-338-6500   Fax: 619-234-3815**

MMFX International Holdings Inc.
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

Margaret M Mann
Sheppard Mullin Richter & Hampton LLP
501 W Broadway 19th Floor
San Diego, CA  92101

Office of the U.S. Trustee
Santa Ana
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

Fasteel Corporation
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

Fourth Third LLC
375 Park Avenue
Suite 3304
New York, NY  10152

MMFX Canadian Holdings Inc.
c/o MMFX Technologies
2415 Campus Drive Suite 100
Irvine, CA  92612

MMFX Steel Corporation of America
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

MMFX Steel of Canada Inc.
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

ST Equipment Inc.
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612

ST Welland Real Estate
c/o MMFX Technologies Corporation
2415 Campus Drive Suite 100
Irvine, CA  92612